UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:09-CV-00074-R

NEIL LUTTRELL                                                      PLAINTIFF

v.

TAMKO BUILDING PRODUCTS, INC.                                     DEFENDANT

**ORDER**

This matter having comes before the Court upon Defendant's Motion for Summary

Judgment (DN 25); Plaintiff having responded; Defendant having replied; the Court being fully

advised; IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is

GRANTED.

This is a final and appealable order.